No. 09-988. **Arizona School Choice Trust, et al., Petitioners v. Kathleen M. Winn, et al.**

563 U.S. 932, 131 S. Ct. 2091, 179 L. Ed. 2d 886, 2011 U.S. LEXIS 3117.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. The Court reversed the judgment below in Ariz. Christian Sch. Tuition Org. v. Winn, 563 U.S. 125, 131 S. Ct. 1436, 179 L. Ed. 2d 523 (2011). Therefore, petition for a writ of certiorari granted, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further proceedings.

Same case below, 562 F.3d 1002.

No. 09-1314. **Charles L. Ryan, Director, Arizona Department of Corrections, Petitioner v. Danny Lee Jones.**

563 U.S. 932, 131 S. Ct. 2091, 179 L. Ed. 2d 886, 2011 U.S. LEXIS 2987.

April 18, 2011. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of Cullen v. Pinholster, 563 U.S. 170, 131 S. Ct. 1388, 179 L. Ed. 2d 557 (2011).

Same case below, 583 F.3d 626.

No. 10-305. **Charles L. Ryan, Director, Arizona Department of Corrections, Petitioner v. Edward Harold Schad.**

563 U.S. 932, 131 S. Ct. 2092, 179 L. Ed. 2d 886, 2011 U.S. LEXIS 3091.

April 18, 2011. Motion of respondent for leave to proceed in forma pauperis granted. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of Cullen v. Pinholster, 563 U.S. 170, 131 S. Ct. 1388, 179 L. Ed. 2d 557 (2011).

Same case below, 606 F.3d 1022.

No. 10-9020. **Alexander Ocasio, Petitioner v. E. K. McDaniel, Warden, et al.**

563 U.S. 932, 131 S. Ct. 2110, 179 L. Ed. 2d 886, 2011 U.S. LEXIS 2841.

April 18, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit dismissed. See Rule 39.8.

No. 10-9028. **Dale Wills, Petitioner v. James Tilton, et al.**

563 U.S. 933, 131 S. Ct. 2110, 179 L. Ed. 2d 886, 2011 U.S. LEXIS 2845.

April 18, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the